# EXHIBIT 2

A·C - WP - PAC

ME
No others

Levicks — W. Coast — Levyx — Iranian American founder

Brainwave — Bluesky — Dual media combined

Advise — Advise, consult Business development

Introduced lawyer to Verizon
Founder Dr "Reza Sadri" — grew up in US.

Brainwave Science — Advisor to the company
Indian American Krishna Sarka
US Company in Massachusetts
Trip to law enforcement
Trained it law enforcement — FBI
Founder may have reached out to government
Business development → Sales and revenue

Inovo — Can Tom
Vice Chair — Dija
"Aynin" Alptekin — Serves on Turkish-American Business Council
Alptekin Committee — Iranian American New Year
My call rep Anderson?

July/August 2016 — Bill discussions
Consult for Inovo. Post conf.
Greek Consulate in Turkish business to meet in Turkey

Agreed to consult to Inovo. August 9.
Advising Consult services to Inovo. Greek consulate &
meet in Turkey

MTF-EDVA00047

Post Convention - August 9-11 in Turkey
Duty of Caijin and Trump
Busy schedule

Bijan - Vice chairman 30%
Mike owns 35%  } meeting have
                   small 2/1

Mike has LLC for books and speaking

Bijan - Iranian American - BDS Naturalized
Former member of Ex Im
Served Bush and Obama
Exec B Deputy of ? of C.

Nelrouse Committee, USA, Iranian-American SLA

Agnin - is Ex. Invs.
Bijan large Inv in FIG.

Conversation on what we would do.
Came to DC. Friday afternoon phone calls to Agnin
Updah on our efforts
2 x calls ≈ 30 minutes each.

Agnin set up meeting in September.
Minister of Turkey in NY for UNGA
Met Minister - Transportation and Foreign
At hotel, Agnin, Bijan -
30-45 minutes.

MTF-EDVA00048

RK - Petruk?
MF - only in the engagement - bill
 could call the Agencies on how we'd do what we do
 Heard from them on the delays they're facing
 = 2 months other corp.
 Recent - how are things in Turkey

RK - Gulen?
MF - They did. Have we are of nothing
RK - notes?
MF - Don't know of any - Maybe on Turkish side

K - Have emails from Mike's account
 w/e Virtue

MF 2
 FIG accounts shut down in December. except ME
 Bed-yes me and Bijan
 Have file Rafi backup of Bijan
 Can get the file from him
 Can't access his. Have mine and MF/
 Comail accounts - Virtue on top of certain emails
 He has access to them, we don't

 Virtru

K · Have some emails -

MTF-EDVA00049

K. need to sit w/ Turkish Minister?
MFI - yes had just come from other meeting on campaign side.
Talked about where we were @ that time
Were not very far
KK Research into Gulen - Tuan [crossed out], Brian McCauley
↳ Advisor  ↳ principal
Project confidence. 75 pp report re Gulen    former FBI
Plan for Documentary on what they found, based on the report

Rijon says that report was our idea

RK - Specific contract. Celebrity of individuals.
Have retained film and production crew

MFI other emails that show details.
Mike Boston

RK - Findings and criminal referrals.
Sphere Consulting

MFI - Investigation we conducted
RK - Network in US.
MFI - Sphere brought in by Rijon.
  The weak video, story. Turkey at interest in.
  Confidence in the County to Invest
RK. op-ed and [crossed out] sleeper networks, plus criminal referrals
  Charges carried

MF1 [gave] the details to Bijan

RK - Does Kelly - an LDI
MF1 - Sept/August - Abundance of caution
     R.S. Kelly - register - Don't know what that is
     We'd be doing work for They make up.
     Out of my depth
     Kelly did [work] on underlying work.
RK - Kelly talked w/ you
MF1 - Yes.
KV - [They] asked B.b. [Ortel] company.
     Bijan [xxx] told me it was [Ortel] company.
     Bol is atty.

     Mike [Boston] responsible to convoy.
     Bija gave prices to everyone
MF1. I wasn't [involved] day to day
     Conference calls and meeting
     Contract is for 90 days.
     Decided not to continue.

RK - Captain Ahmed ?
MF1 - Don't know.

KV - Bijan Los aowol. Contradicted by emails
     Tours - Several [comp] Ahmin is consulted.
     Bijan said it's on the look s[mart] in meeting

MTF-EDVA00051

KV· Ekim – emails show Turkey
    Mike copied on many of the emails
MF1 my calendar is jammed packed – few hours only.
KV Akin → Bijan and MF1 – August 4.
    Money from Ministry

Bob Kelly - Sole producer – Cannot outside "to the project"
    Government behind it, and Mike copied.

RK – Call from someone in August.
    FARA advice – referred to other lawyer.

MK1 July 19 · Convention –
    Did some speaks on LLC

MF2 – This project. Copy of Bijan on wire transfer
    To FIG and to Ekim
    Accepted payments from Inovo
    Ekim paid

KV: Contract 3 x 200k
    Second was 185
    The ask at 185
    Bijan said no PR or Lobbying so sent the money back
    Hired Ekim to as consultant
MF2 · Never asked or doubted
KV – Trusted Bijan
    FIG shut down Nov 30.
MF2. He has the back up zip file – this FIG materials
KV – motion to preserve fo ????? to Agreeing

MTF-EDVA00052

MF2 - Bijan acknowledged
KV - Shut down. Dont delete. end of November.

RK - Where is it?
MF2 - Google business. Archive data. - yes
      It sends you an email of links
BD - Google may still have it? Paid?
MF2 - Yes paid by MF1 still has email.

RK - Do anything humanly possible.
     Stroz?
MF2 - Ham access to his email - look thru, names
      searched as may or may not send
      61 M emails
KV - Lots of emails say Mike in charge
     hired in practice w/ us.

MF2 - He didnt bring computer to meeting


RK - op ed.


MF1 - Wanted it to go before the election. Slipped out
      Hill picked it up
      Iran been very strong in Islam. Turkey funded Clinton Khalil
      Russia trying to drive wedge.
      Israel is now is tired indeed + my title
      Political mushrooms on my part. America losing an ally - NATO
      losing to Russia
      Gulen was start creating tensions

RK - Connection to Inovo?
MF1 - Paying closer attention to it, got me thinking
    Book tour in Texas, Ron White
      Irving Texas Mayor - August - Challenges w/ Gulen charter
        Back on July 12 -          schools
    Wrote never op ed
RK - whose idea
MF1 - Joint to do it. I crafted ideas - He had other people edit
RK - first draft
MF1 - He did.
    Talked about way to ?? a project Confidence project.
MF2 - Ekim not comfortable -
KK - Given doc to review and edit
MF1 - Ekim says did the whole.
KK - Hank Cox, Sphere Consulting - had role in edit
    Sphere did the shopping of op ed

(Have 3pm meeting @ GIA building)

1:07
Break to read documents
1:35

MTF-EDVA00054

RK - Client ? Control of FIG.

KV 35% MF
   30% BA  → outstanding shares
         25% ockley - formerly    0.5% Dr. Abashi
                                  1.0% Dark Shore

MF1 Bijan is aware of letter.

RK - Sphere registered. November
   Documents - Gulan, op research, not commercial.

sphere du ?
KV - Clipping, consulting - Positioned for the documentary.
RK - Stock blogging ?
RK - Counsel ?
   Chinese Wall - P.I.

Outreach Targets email

Oct 19 - met w/ state officials

RK - Pistons 2
MF1 Show mcCon the letter

―――――

Brian McCauley
Bijan
Micho Boston - only talked to Ekin ≈ 2x
Paul Reckart → LAB

―――――

MF1 Spoke w/ Ekin - handful of times