# EXHIBIT 3

Conference of Flynn
2·14·17  4:30 pm
RK, KV, M Flynn, Lori

KV - @ Spoke before
    Documents in email to look @ him
    W/ first to read more carefully.
RK - David Laufman call. HH, CF, on call.
    Updated to stuff in the press.
    Time to collect and interviews - facts.
    Possible draft registration. To decision of client
    When telling? he asked Cole and let us know who to talk.
    Read it - File or subpoena may follow.
    If file, possible they'll still look. Takes a lot of wind away.
    Focus is whether you register. Could audit the filing
    Subpoena less likely
    not yesterday?
RK - yes.

RK - Where we are. Told them in Jan we expected to file.
    Emails, docs, interviews - little evidence of business/financial
    Except after the fact letter.
    Not discussed previously - after the fact.
    Talk to people involved. Little on oil field.
    Focus on Gulen, and a drive off of 6 focus on Gulen / Turkey
    Meeting of govt in September - tied to Confidence.
    Op-Ed. distributed by Sphere - paid through contract.
    Op-ed on some topic → below
    LDA - only if Turkey not directly and not prin. benefiting
    Email - green light Bijan insists not confidence
    Other view - Ekim / Ratio business - green light unrelated.
    We could fight it out. Losers likely owner. Court. expensive.
        might win - but big fight
    Media storm. Conspiracy theories, etc.

MTF-EDVA00055

- Payments added to chat ~~[redacted]~~
- Kept this from being factor
- FARA interconnected

MF - Filing lots - legality
    Smart thing to file. Be precise.
RK - Take time with the draft.
    High level - don't have the detail.
    Gaps to explore?
    Meet w/ Heather w/ the document.
    Address any of her concerns.
    Could send cover letter. Single letter summarizing the position.
    Cogent explanation of our position.
    Careful of public statements. Interconnected. Can all blow back.

MTF-EDVA00056