# EXHIBIT 5

Meeting to
Review of draft
2/22/17
Noon

HH - Things we saw if filed. Look @ these issues.
1. Residence addresses. Appreciate only not listed.
   not a gov. request.

Revise home addresses
   Put in the filing - redact.
   Put on the form "Provided separately to DoJ"
Request redaction of exhibit C
   and submit a letter
   Redact in Exhibit C also.
   Leaning toward Registration - private banking Tuohey.
   Will give it more thought, then definitive view.
Register writer? ⊗
   Pretty much there. Make decision now.
   Want something in writing?
   Electing to file in CYA mode

2. Reg ~~RFIs~~
   9 retroactive - put on there
      60 days prior
Add retroactive note to 60 day look back
   60 –
   (Because retroactive, Receipts/Disbursements appear on supplements)
   "to the filing of the statement" - problem

3. 13-16
   Budget established.
No on budget check if into potentially budget of charity dept.
   yes - Attachment —
   #13 No - no separate budget
        Look again @ Sphere contract - anything specific
Check "other" that's not into ~~pot~~
   13-16 - check a box - even if "other"

| | |
|---|---|
| Check Hon Consul to Albania | Exhibit A. |
| | Honorary Consul from Turkey to Albania? |
| | Check. |
| | If Turkey, list it |
| | meeting w/ officials. |
| Add mtg location (NY) 2 spots | Add in New York |
| | Also in All of Supp. Statement. |
| Payments to Inovo | Cliff #15 Payments to Inovo of 40 |
| | Sphere |
| | TP Return or something? |
| | (BPI - notes @ top still lacking - not clear) |
| Sphere Coordinate filing | Sphere draft? |
| | Reach out to them |
| | Happy to look @ draft for them too. |
| | Same format |
| ☆ | Coordinate |
| | Ht. Gotta be @ same time. |
| Exhibit B date on | Ht/Cliff Ex B — date not mentioned ok to put in Supp. |
| Date of McCaul meeting | Tim Supp — McCaul meeting date possible? |
| Details on Spk meeting - issue for Sphere | Various State governments → date location id possible governor, legislature. |

Cogisti — file by email
        so they can handle the timing and
        publication

Send check for fees — Corinne a checks

We can idle while Sphinx finishes filing

Margin notes: file by email / courier ✓ / brochure