# EXHIBIT 6

KV - Mick(?) - pressing for interview     Call with
    Sarah Flaherty, Flynn new PR person     Kristen V., RK
    Questions about FIG creation and clients     1·26·17 noon

RK - Don't say anything until file.
    They box us in if talk now.

KV - Might talk to him.


RK - Ben Ginsberg. Sphere doesn't need to register.
    based on Arent Fox memo.

KV - How get.

RK - Don't know.
    No argument that Calen Fares was for commercial purpose
    No evidence of commercial except Cardassian statement
    On top of that GoT had role of some kind
    Meeting in NY - Elena & Ministers.
    Other docs. - They asked to see.
    Read: Green light and 2 emails on NY/Confidence.
    Foolish if they don't file and we do.
    **Ben** Ginsberg. Aggressive guy
    There is an argument that Reg goes beyond statute.
    Future to litigate - we're not in position to litigate
    And we have best facts - No commercial facts.
    Doff - Can't file tomorrow.
    No need to talk to General.
    Media storm

KV - He doesn't care what they print.
    Trump?

RK - Andy Donaldson, his deputy
    KV - DoD back clearance person - approval form.
       Calls trying to find out if he went thru process.

RFK— In theory, draft, gaps in knowledge. MTG hearings — filed a report.

Videographer — oral agreement per emails
CNN Host — did we pay

Rudy

List of people involved — Alex — w/ description

Alex — 3 docs — 2 NY
1 Crown [?]
other MSA?