# EXHIBIT 8

MJ

2/22/17

## V. FARA

- ckim/cfnovo payment - consulting on refunds - accorend to BK - refund
    - Bijan was paying them back (that is what Bijan told Flynn).
- consultant agreement w/ ckim: don't remember.
- Don't remember side convos w/ ckim regarding consulting specifically. Had 2 weekly update calls, meeting in NY, met a FIG's office early on.
- Bijan - GF has known him since 2007. consider him as ~~Bijan~~ family. we are good friends. I don't know him to mislead.
- Bijan ~~too~~ is charming, networker, but not great business acumen.
- Interesting to see on calendar how many days Flynn was in FIG office during. FIG & w/ cfnovo.
- ~~had to~~ had written 3 or 4 op-eds on campaign's plan ~~to or~~ fight ISIS / cfislamism / ~~radicalism~~
    - pull every article

- learned about Gulen charter schools through book tour. (learned more about it through ~~novo~~ representation).

- ALAC - law to use U.S. Law in ~~American~~ courts, not Sharia Law. (learned about on book tour).

commercial activity
∨ crystalized
↓
Gulen

- Bijan had done a video w/ woolsey on ~~Azerbijan~~.

- push for placement of article was for campaign reasons. (fighting until the end to know that Trump campaign was serious on fighting Islamic extremism).
  └ Mayer tried to get out ~~through~~ campaign channels (initially had tried ~~to push~~ article out on Saturday before).

- didn't know that Bijan had shared draft w/ Ckim.
- ~~Don't~~
- LOA: Bijan said he would contact Bob Kelly. (concern of potentially up. foreign gov't (?))
- Bijan was handling all discussions w/ Ckim.