# EXHIBIT 8-A

# EXHIBIT 8-A

Transcription by Sidney Powell of handwritten notes of Covington attorney, possibly Alexandra Langton, on 2-22-2017 with Mike Flynn re: FARA

[Yellow highlighting denotes information omitted from her transcription almost one year later]

- Ekim/Inovo payment – consulting or refunds –accommodation to BK – refund
- Bijan was paying them back (that is what Bijan told Flynn)
- Consultant agreement w/Ekim: don't remember
- Don't remember side convos w/Ekim regarding consulting. Specifically had 2 weekly update calls, meeting in NY, met at FIG's office early on.
- Bijan – GF has known him since 2007. Consider him as family. We are good friends. I don't know him to mislead.
- Bijan is charming, network, but not great business acumen.
- Interesting to see on calendar how many days Flynn was in FIG office during FIG K w/ Inovo.
- Had written 3 or 4 op-eds on campaign's plan to fight ISIS/Islamism/radicalism.
- CB Internal note to pull every article.
- Learned about Gulen charter schools through book tour. ( learned more about it through Inovo representation)
- ALAC – law to use US law in American courts—not sharia law (learned about on book tour).
- Commercial Activity


Crystalized [down to] Gulen

Bijan had done a video w/Woolsey on Azerbaijan

Push for placement of article was for campaign reasons. (fighting until the end to show that Trump campaign was serious on fighting Islamic extremism).

1

Maybe tried to get out through campaign channels (initially tried to push article [cut off]

Didn't know that Bijan had shared draft with Ekim

LDA: Bijan said he would contact Bob Kelly (concern potential rep. foreign government?)

Bijan was handling all discussions with Ekim

[a few more lines not relevant]