IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 1:18-CR-457 (AJT) |
| ) | |
| BIJAN RAFIEKIAN, *et al.* ) | |
| ) | |
| Defendants. ) | |

## GOVERNMENT'S WITNESS LIST

1. Bryan Alfredo
2. Michael Boston
3. James Courtovich
4. John Elliott
5. David Enders
6. Jeffrey Gilday
7. Robert Kelner
8. Greg Lowman
9. Bryan McCauley
10. Graham Miller
11. Jeffrey Olson
12. Kim Rosecrans
13. Grant Smith
14. Kristen Verderame

                                                  Respectfully submitted,

                                                  G. ZACHARY TERWILLIGER
                                                  UNITED STATES ATTORNEY

| /s/ | By: /s/ |
|---|---|
| Evan N. Turgeon | John T. Gibbs |
| Trial Attorney | Virginia Bar No. 40380 |
| Counterintelligence | James P. Gillis |
|    and Export Control Section | Virginia Bar No. 65055 |
| National Security Division | Assistant United States Attorneys |
| United States Department of Justice | S. Katie Sweeten |
| 950 Pennsylvania Ave., NW | Special Assistant United States Attorney |
| Washington, DC 20530 | The Justin W. Williams |
| (202) 353-0176 |    United States Attorney's Office |
| Evan.Turgeon@usdoj.gov | 2100 Jamieson Avenue |
| | Alexandria, VA 22314 |
| | (703) 299-3700 |
| | (703) 299-3982 (fax) |
| | John.Gibbs@usdoj.gov |
| | James.P.Gillis@usdoj.gov |

CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2019, I electronically filed the foregoing using the CM/ECF system, which will send a notification of such filing to counsel of record.

Respectfully submitted,

/s/
John T. Gibbs
Assistant United States Attorney