AO 110 (Rev. 06/09) Subpoena to Testify Before a Grand Jury

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

### SUBPOENA TO TESTIFY BEFORE A GRAND JURY

To:
Flynn Intel Group LLC
601 N. St. Asaph Street, Alexandria, VA 22314
Flynn Intel Group Inc.
44 Canal Center Plaza, Alexandria, VA 22314
Attn: Custodian of Records
c/o Robert K. Kelner, Stephen Anthony, Covington & Burling LLP

**YOU ARE COMMANDED** to appear in this United States district court at the time, date, and place shown below to testify before the court's grand jury. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: | Date and Time: |
|---|---|
| U.S. District Court<br>401 Courthouse Square<br>Alexandria, VA 22314 | June 28, 2017    9:30 AM |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

See Attachment.

This subpoena remains in effect until all documents are provided.

Date: June 15, 2017

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the United States attorney, or assistant United States attorney, who requests this subpoena, are:
Brandon Van Grack, SAUSA *BVG*
Office of the United States Attorney
Justin W. Williams United States Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314   (703) 299-3700

Flynn Intel Group LLC
601 N. St. Asaph Street
Alexandria, VA 22314

Flynn Intel Group Inc.
44 Canal Center Plaza
Alexandria, VA 22314
Attn: Custodian of Records

c/o Robert K. Kelner
Steven Anthony
Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956

ATTACHMENT – Flynn Intel Group LLC & Flynn Intel Group Inc.

===================================================================

Please provide <u>any and all</u> documents and physical objects relating or belonging to the Flynn Intel Group LLC ("FIG LLC") or Flynn Intel Group Inc. ("FIG INC"), including but not limited to contracts, bank records, financial records, business records, communications (whether paper or electronic (email)) and attachments, internal memoranda, and any drafts thereof, from January 1, 2014, to present, whether said documents and physical objects are currently in the possession, custody, or control of FIG LLC, FIG INC, or any agents or custodians of FIG LLC or FIG INC, including but not limited to Michael T. Flynn, Michael G. Flynn, Bijan Rafiekian. Responsive material shall include any and all information, records, documents, and communications drafted for, created by, pertaining to, or involving FIG LLC or FIG INC.

Please also provide a copy of any FIG LLC and FIG INC documents and physical objects that you have provided to Congress or any congressional committees from January 1, 2014, to present.

IN LIEU OF APPEARANCE, RECORDS MAY BE SENT TO:

United States Attorney's Office
Eastern District of Virginia
ATTN: Brandon L. Van Grack, Special Assistant U.S. Attorney
2100 Jamieson Ave.
Alexandria, VA 22314
Phone: (202) 514-0529
Email: brandon.van.grack@usdoj.gov