IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>    v.                                                        )<br>                                                              )   No. 1:18-CR-457-AJT<br>KAMIL EKIM ALPTEKIN,               )<br>                                                              )<br>    Defendant.                                       ) | |

GOVERNMENT'S MOTION TO DISMISS THE INDICTMENT

The United States respectfully moves pursuant to Federal Rule of Criminal Procedure 48(a), to dismiss the indictment currently pending against Kamil Ekim Alptekin in this case with prejudice. The United States believes it is not in the public interest to pursue this case further, and accordingly, a dismissal is warranted in the interest of justice. The defendant does not oppose this motion. A proposed order is attached to this motion for the Court's convenience.

Respectfully submitted,

LINDSEY HALLIGAN
UNITED STATES ATTORNEY

By: _____/s/_____
    John T. Gibbs
    Virginia Bar No. 40380
    Assistant United States Attorney
    The Justin W. Williams
    United States Attorney's Office
    2100 Jamieson Avenue
    Alexandria, VA 22314
    (703) 299-3700
    (703) 299-3982 (fax)
    John.Gibbs@usdoj.gov

_____/s/_____
Evan N. Turgeon
Trial Attorney
Counterintelligence
   and Export Control Section
National Security Division
United States Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530
(202) 353-0176
Evan.Turgeon@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2025, I electronically filed the foregoing using the CM/ECF system, which will send a notification of such filing to counsel of record.

Respectfully submitted,

_____/s/_____
John T. Gibbs
Assistant United States Attorney