IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)     No. 1:18-CR-457-AJT<br>KAMIL EKIM ALPTEKIN, )<br>)<br>Defendant. ) | |

ORDER TO DISMISS THE INDICTMENT

Upon the motion of the United States Attorney, by John T. Gibbs, Assistant United States Attorney, made to this Court on October 20, 2025, and for the reasons stated by the government, good cause having been shown, it is hereby ordered that the indictment in this case is dismissed with prejudice.

Entered in Alexandria, Virginia, this ____ day of October 2025.

_____
The Honorable Anthony J. Trenga
United States District Judge

Respectfully submitted,

LINDSEY HALLIGAN
UNITED STATES ATTORNEY

|  |  |
|---|---|
| _____/s/_____<br>Evan N. Turgeon<br>Trial Attorney<br>Counterintelligence<br>   and Export Control Section<br>National Security Division<br>United States Department of Justice<br>950 Pennsylvania Ave., NW<br>Washington, DC 20530<br>(202) 353-0176<br>Evan.Turgeon@usdoj.gov | By: _____/s/_____<br>John T. Gibbs<br>Virginia Bar No. 40380<br>Assistant United States Attorney<br>The Justin W. Williams<br>United States Attorney's Office<br>2100 Jamieson Avenue<br>Alexandria, VA 22314<br>(703) 299-3700<br>(703) 299-3982 (fax)<br>John.Gibbs@usdoj.gov |

2

CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2025, I electronically filed the foregoing using the CM/ECF system, which will send a notification of such filing to counsel of record.

Respectfully submitted,

/s/
John T. Gibbs
Assistant United States Attorney